UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ANDREW COX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALISHA STOTTSBERRY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04662-KAW (PR)<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO EFFECT SERVICE ON DEFENDANTS** |

On May 7, 2015, the Court ordered service of Defendants Alisha Stottsberry and Jim Miller by sending them request for waiver of service of summons forms at their place of employment, the Lake County Jail. Dkt. No. 15.

On May 26, 2015, Captain G. Hosman, Lake County Sheriff's Office, informed the Court that Defendants Stottsberry and Miller could not be served at the Lake County Jail because they "do not work for the County of Lake they work for a private vendor that the county contracts with called California Forensic Medical Group ("CFMG")" at 2511 Garden Road Suite A 160, Monterey, California. Dkt. 98 at 1. Captain Hosman returned to the Court all of the documents that the Clerk of the Court had mailed to Defendants without explaining why the Court's mail could not be delivered directly to the Defendants who appear to currently work at the Lake County Jail. Rather than re-send the request for waiver of service of summons to Defendants at their employer's address in Monterey, the Court will order the United States Marshal to personally serve them.

Pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure, when a waiver has not been obtained, service may be effected by way of personal service. Plaintiff is proceeding *in forma pauperis*; therefore, he is entitled to such service by the United States Marshal. Fed. Rule

Civ. P. 4(c)(2).

Accordingly, the United States Marshal is hereby ORDERED to attempt to effect personal service upon Defendants Stottsberry and Miller, who work at the Lake County Jail as contract employees. The United States Marshal shall serve these Defendants "personally" at the Lake County Jail or at their "dwelling house or usual place of abode with some person of suitable age and discretion then residing therein," or serve an agent of these Defendants "authorized by appointment or by law to receive service of process," as directed below. Fed. R. Civ. P. 4(e)(2).

Defendants are to be served at the following addresses:

(1) the Lake County Jail, 4913 Helbush Drive, Lakeport, CA 95453, or

(2) their dwelling house or place of abode with a person of suitable age and discretion residing therein; or, lastly,

(3) to an authorized agent at CFMG, 2511 Garden Road, Suite A 160; Monterey, CA 93940.

**IT IS SO ORDERED**.

Dated: July 1, 2015

KANDIS A. WESTMORE
United States Magistrate Judge