UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ANDREW COX,<br><br>    Plaintiff,<br><br>    v.<br><br>ALISHA STOTTSBERRY, et al.,<br><br>    Defendants. | Case No. 14-cv-04662-KAW   (PR)<br><br>**ORDER REQUESTING JAIL OFFICIALS TO PROVIDE PLAINTIFF WITH REASONABLE ACCESS TO LEGAL MATERIALS; SETTING NEW BRIEFING SCHEDULE** |

This is a prisoner *pro se* civil rights action against employees of the California Forensic Medical Group, Inc., that is under contract with the County of Lake to provide medical services at the Lake County Jail. Pending before this Court is Defendants motion to consolidate this case with *Cox v. Stottsberry*, case number 15-4384 KAW (PR), which was filed by Plaintiff in state court and removed by Defendants to this Court.

On December 3, 2015, the Court received a letter from Plaintiff stating that officials at the Lake County Jail are denying him access to legal research and writing materials. On January 12, 2016, the Court issued an Order directing Defendants to ensure that Plaintiff was provided with such materials and staying the due date of Plaintiff's opposition until he had the necessary material. On the same day, Defendants responded with a declaration from their counsel stating that the administration of the Lake County Jail is solely within the purview and control of the sheriff's department and Defendants, as contract medical providers, have no ability to provide legal materials to Plaintiff.

Therefore, officials at the Lake County Jail are requested to provide Plaintiff with reasonable access to legal research and writing materials so that he may comply with the Court's deadlines, to the extent such access is consistent with security concerns.

Plaintiff's opposition to Defendants motions to consolidate is due twenty-eight days from the date of this Order. Defendants reply is due fourteen days thereafter.

The Clerk of the Court is directed to send this Order to Lake County Sheriff Brian Martin and to Captain Hosman at the Lake County Jail.

**IT IS SO ORDERED**.

Dated: February 3, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge